**BRETT J MARSHALL**
**MARSHALL LAW FIRM**
**10120 S EASTERN AVE, SUITE 250**
**HENDERSON, NV 89052**
**702-492-4903**

**E-FILED:**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

RE:    Mark S Grock and Heidi Grock, Debtors    )    BKS-10-31884
                                                )    Chapter 13
_____ )

Attorney for Debtor(s)

Hearing Date: 3/24/2011
Hearing Time: 3:05 pm

### NOTICE OF HEARING ON MOTION TO VALUE COLLATERAL
#### (Pursuant to subsections (a) and (d) of 11 U.S.C. § 506
#### and Federal Rule of Bankruptcy Procedure 3012)

**NOTICE IS HEREBY GIVEN** that the hearing on the **Motion to Value Collateral** filed on the 9th day of February, 2011.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1), (2).

Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than 15 days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than 15 days' notice, the opposition must be filed no later than 5 business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

Local Rule 9014(d)(2): "Except as provided by LR 3007(b), LR 7056(c), and LR 9006, any reply memorandum may be filed and served so as to be received by the court and the opposing party no later than 5 business days before the date set for hearing or within the time otherwise fixed by the court.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:

   !    The court may *refuse to allow you to speak* at the scheduled hearing; and

   !    The court may *rule against you* without formally calling the matter at the hearing.

If an objection is not timely filed and served, the relief requested may be granted without a hearing. *LR 9014(d)(3)*.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before the United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Las Vegas, Nevada 89101 on 24th day of March, 2011 at the hour of 3:05 PM.

DATED:  2/9/2011_____

/s/ Brett J. Marshall_____
            Brett J. Marshall
            Attorney Bar #9116

**BRETT J MARSHALL**                                 **E-FILED:**
**MARSHALL LAW FIRM**
**10120 S EASTERN AVE, SUITE 250**
**HENDERSON, NV 89052**
**702-492-4903**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

RE: Mark S Grock and Heidi Grock, Debtors    )    BKS-10-31884
    )    Chapter 13
_____)

Attorney for Debtor(s)

### MOTION TO VALUE COLLATERAL
### (Pursuant to subsections (a) and (d) of 11 U.S.C. § 506
### and Federal Rule of Bankruptcy Procedure 3012)

       **NOTICE IS HEREBY GIVEN** that Debtor requests the court to value the property described below. This property secures the claim of the creditor named below. Debtor also requests that the amount of the creditor's secured clam not exceed the value of its security, less the claims of creditors holding senior liens or security interests. This determination will supercede any greater secured claim demanded in a proof of claim. Any objections to the creditor's claim are reserved and will be filed after the creditor has filed a proof of claim. In the opinion of the debtor, the collateral has the replacement value indicated below.

Name of the creditor whose collateral is being valued by this motion: EMC MORTGAGE

Total amount of this creditor's claim:                                         $364,159.36

Description of collateral *[For vehicles include the mileage on the date of the petition and a list of optional equipment. For real property, state the street address and a brief description of it such as "single family residence" or "ten-acre undeveloped lot".]*:

**Single family resident located at 541 Uxbridge Dr, Las Vegas NV 89178 APN176-18-511-022 Lot 56 Huntington Village C Unit 1 at Rhodes Ranch Plat Book 118 Page 21**

The amount owed to and the name of all creditors holding liens or security interest senior to the lien or security interest of the above-named creditor:

| Name of Creditor | Amount of Claim |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Debtor's opinion of the exempt property's "replacement value" [as defined and limited by section 506(a)(2)]: $172,000.

Other information relevant to the resolution of this motion: **Appraisal attached as Exhibit 1**

_____
_____

I (we) declare under perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated: 2/9/2011                         */s/ Mark S. Grock* _____
                                  Debtor
Dated: 2/9/2011                         */s/ Heidi Grock* _____
                                  Joint Debtor

# Exhibit 1

# RESIDENTIAL APPRAISAL REPORT



## 541 Uxbridge Drive

| | |
|---|---|
| **Property Location:** | 541 Uxbridge Dr |
| | Lot 56 Huntington Village C Unit 1 at Rhodes Ranch Plat Book |
| | Las Vegas, NV 89178-1288 |
| **Borrower:** | Mark Grock |
| **Client:** | Mark Grock |
| **Effective Date:** | December 8, 2010 |
| **Prepared By:** | Ben Branca |

 BRANCA APPRAISAL

505 East Windmill Lane
Suite 1B-116
Las Vegas, NV 89123

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: BA-02931

| | |
|---|---|
| Property Address: 541 Uxbridge Dr | City: Las Vegas    State: NV    Zip Code: 89178-1288 |
| County: Clark | Legal Description: Lot 56 Huntington Village C Unit 1 at Rhodes Ranch Plat Book 118 Page 21 |

Assessor's Parcel #: 176-18-511-022

Tax Year: 2011    R.E. Taxes: $ 1,783.37    Special Assessments: $ None    Borrower (if applicable): Mark Grock

Current Owner of Record:    See Page 3 of 6    Occupant: ☐ Owner    ☒ Tenant    ☐ Vacant    ☐ Manufactured Housing

Project Type: ☒ PUD    ☐ Condominium    ☐ Cooperative    ☐ Other (describe)    HOA: $ 40.00    ☐ per year    ☒ per month

Market Area Name:    Rhodes Ranch    Map Reference: Metro Maps 72-B5    Census Tract: 0058.19

The purpose of this appraisal is to develop an opinion of: ☐ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☐ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☐ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple    ☐ Leasehold    ☐ Leased Fee    ☐ Other (describe)

Intended Use: The appraisal report is for personal use and is not intended for a mortgage finance transaction.

Intended User(s) (by name or type):

Client:    Mark Grock    Address: Unknown

Appraiser:    Ben Branca    Address: 505 East Windmill Lane, Suite 1B-116, Las Vegas, NV 89123

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☐ Over 75% ☒ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit  80 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | | | 2-4 Unit  0 % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 71 Low 2 | | Multi-Unit  0 % | * To: |
| Demand/supply: | ☐ Shortage ☐ In Balance ☒ Over Supply | ☐ Vacant (0-5%) | 327 High 5 | | Comm'l  0 % | |
| Marketing time: | ☒ Under 3 Mos. ☐ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 120 Pred 3 | | Other  20 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The market area boundaries are Vacant Land to the North, West Wigwam Avenue to the South, South Fort Apache Road to the East, and Foothills to the West. The subject is located in the subdivision known as Huntington Village. The neighborhood area has reasonably compatible homes and the proximity to schools and shopping is within 5 miles. Proximity to major areas of employment is within 10 miles.

Over the last 7-12 months the median sales price was 120,000, the prior 4-6 months was 121,000, the current-3 months was 114,750. This indicates a stable market. Currently, there are 10.3 months of housing supply and the median sales DOM is under 90 days. This indicates there is an oversupply in the market.

Dimensions: See Plat Map    Site Area: 0.12 acres +/-

Zoning Classification: R-2    Description: Medium Density Residential (8 Units Per Acre)

Zoning Compliance: ☒ Legal    ☐ Legal nonconforming (grandfathered)    ☐ Illegal    ☐ No zoning

Are CC&Rs applicable? ☒ Yes    ☐ No    ☐ Unknown    Have the documents been reviewed? ☐ Yes ☒ No    Ground Rent (if applicable) $    /

Highest & Best Use as improved: ☒ Present use, or    ☐ Other use (explain)

Actual Use as of Effective Date:    Single Family Residential    Use as appraised in this report: Single Family Residential

Summary of Highest & Best Use:    The highest and best use is its current use as single family residential.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Mostly Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Asphalt | ☒ | ☐ | Size | Average |
| Gas | ☒ | ☐ | | Curb/Gutter | | ☐ | ☐ | Shape | |
| Water | ☒ | ☐ | | Sidewalk | | ☐ | ☐ | Drainage | Adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | | ☐ | ☐ | View | |
| Storm Sewer | ☐ | ☐ | | Alley | None | | | | |

Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 32003C2545E    FEMA Map Date 9/27/2002

Site Comments:    No apparent adverse easements, encroachments, slide areas, illegal or non-conforming zoning uses noted at inspection.

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | Yes |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | One ☐ Acc.Unit | Foundation | Concrete | Slab | Concrete | Area Sq. Ft. | | Type | FWA |
| # of Stories | Two Story | Exterior Walls | Stucco / Avg | Crawl Space | | % Finished | | Fuel | Gas |
| Type ☒ Det. ☐ Att. | | Roof Surface | Tile / Avg | Basement | | Ceiling | | | |
| Design (Style) | 2 Story Spanish | Gutters & Dwnspts. | None | Sump Pump ☐ | | Walls | | Cooling | Yes |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | Window Type | Vinyl / Avg | Dampness ☐ | | Floor | | Central | Yes |
| Actual Age (Yrs.) | 5 years +/- | Storm/Screens | Half | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) | 5 years +/- | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic | ☐ None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Tile / Carpet / Ave | Refrigerator | ☐P Stairs | | ☐ Fireplace(s) # | Woodstove(s) # | | Garage # of cars ( 4 Tot.) | |
| Walls | Drywall / Average | Range/Oven | ☒ Drop Stair | ☐ Patio | Concrete | | | Attach. | |
| Trim/Finish | Wood / Average | Disposal | ☒ Scuttle | ☒ Deck | | | | Detach. | |
| Bath Floor | Tile / Average | Dishwasher | ☒ Doorway | ☐ Porch | Covered | | | Blt.-In  2 | |
| Bath Wainscot | Fiberglass / Average | Fan/Hood | ☐ Floor | ☐ Fence | C-Blk | | | Carport | |
| Doors | Hollow Core | Microwave | ☒ Heated | ☐ Pool | None | | | Driveway  2 | |
| | | Washer/Dryer | ☐P Finished | | | | | Surface Concrete | |

Finished area above grade contains:    7 Rooms    4 Bedrooms    2.5 Bath(s)    2,524 Square Feet of Gross Living Area Above Grade

Additional features:    See page 3 for additional features.

Describe the condition of the property (including physical, functional and external obsolescence):    Physical Depreciation is typical for a home of this age. The quality of construction is average with average maintenance. The floor plan has an average traffic pattern. No physical or functional inadequacies were noted. No renovations or remodeling appears to be needed.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**    Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: BA-02931

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s):  Mls, County Records

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: |
|---|---|
| Date:   No sales or transfers | |
| Price:   in the last 36 months | |
| Source(s): County Records / Mls | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH TO VALUE (if developed)        ☒ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address 541 Uxbridge Dr | | 616 Wealdston Ct | | 624 Belsay Castle Ct | | 515 Redruth Dr | |
| Las Vegas, NV 89178-1288 | | las Vegas, NV 89178 | | Las Vegas, NV 89178 | | Las Vegas, NV 89178 | |
| Proximity to Subject | | 0.10 miles SE | | 0.07 miles E | | 0.06 miles NE | |
| Sale Price | $ N/A | $ | 175,000 | $ | 160,000 | $ | 180,000 |
| Sale Price/GLA | $ N/A /sq.ft. | $ 70.22 /sq.ft. | | $ 69.84 /sq.ft. | | $ 71.09 /sq.ft. | |
| Data Source(s) | N/A | Mls # 1036898   / DOM 6 | | Mls # 1049647   / DOM 12 | | Mls # 1045244   / DOM 18 | |
| Verification Source(s) | N/A | Doc#2010091603582 /Recorder | | Doc#2010072801329 /Recorder | | Doc#2010105004401/Recorder | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | Conventional | Short Sale | Cash | Bank Sale | VA | Short Sale |
| Concessions | N/A | 5,250 | | None Noted | | None Noted | |
| Date of Sale/Time | N/A | 09/16/10 | | 07/28/10 | | 11/05/10 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Average | Average | | Average | | Average | |
| Site | 0.12 acres +/- | 0.11 acres +/- | +1,000 | 0.08 acres +/- | +4,000 | 0.12 acres +/- | |
| View | Residential/Mtn | Residential/Mtn | | Residential/Mtn | | Residential/Mtn | |
| Design (Style) | 2 Story Spanish | 2 Story Spanish | | 2 Story Spanish | | 2 Story Spanish | |
| Quality of Construction | Stucco/Tile / Avg | Stucco/Tile / Avg | | Stucco/Tile / Avg | | Stucco/Tile / Avg | |
| Age | 5 years +/- | 3 years +/- | | 5 years +/- | | 4 years +/- | |
| Condition | Average | Good | -10,000 | Average | | Good | -10,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 7   4   2.5 | 8   4   3 | -2,000 | 9   4   3 | -2,000 | 9   4   2.5 | |
| Gross Living Area | 2,524 sq.ft. | 2,492 sq.ft. | 0 | 2,291 sq.ft. | +5,825 | 2,532 sq.ft. | 0 |
| Basement & Finished | N/A | N/A | | N/A | | N/A | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Fwa C/Air | Fwa C/Air | | Fwa C/Air | | Fwa C/Air | |
| Energy Efficient Items | Dual Pane | Dual Pane | | Dual Pane | | Dual Pane | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | CvPrch/CnPatio | CvPch/CvPt/Bal | -3,000 | CvPrch/CnPatio | | CvPrch/CnPatio | |
| Pool / Spa | Spa | None | +5,000 | None | +5,000 | None | +5,000 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ -   $ | -9,000 | ☒ + ☐ -   $ | 12,825 | ☐ + ☒ -   $ | -5,000 |
| Adjusted Sale Price | | | | | | | |
| of Comparables | | $ | 166,000 | $ | 172,825 | $ | 175,000 |

Summary of Sales Comparison Approach   All comparable sales are located in the subject's competitive market area.  Positive and negative
adjustments of some of  the comparable sales were required in areas of dissimilarity to produce the best indicated value of the subject.  Major
reliance is placed on the sales comparison analysis.  Typical sales concessions/down payment assistance in the area is up to 3%.  Sales
concessions that exceed 3% are adjusted at market reaction.  Sales concessions that are within the 3% range are not adjusted as they are
typical for most sales in the area.  No adjustments are made for "For Sale By Owner" or private transactions, as the sales concessions data is
not available.  It should be noted that no adjustments have been made for time due to limited data, the appraiser has put most weight on the
most recent comparable sales.

The subject is not bracketed for spas due to limited sales of properties with only spas.

Comparable sale #5 appears to be an above market sale and has been given little merit.  Most weight has been given to comparable sales
1-4.

Indicated Value by Sales Comparison Approach $   172,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP** RESIDENTIAL        Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE        3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: BA-02931

| COST APPROACH TO VALUE (if developed) | ☒ The Cost Approach was not developed for this appraisal. |
|---|---|

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):   N/A

| | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | DWELLING | Sq.Ft. @ $ | =$ |
| Source of cost data: N/A | | Sq.Ft. @ $ | =$ |
| Quality rating from cost service: N/A    Effective date of cost data: N/A | | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | =$ |
| N/A | | Sq.Ft. @ $ | =$ |
| | | | =$ |
| | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | | =$ |
| | Less    Physical    Functional    External | | |
| | Depreciation | | =$( |
| | Depreciated Cost of Improvements | | =$ |
| | "As-is" Value of Site Improvements | | =$ |
| | | | =$ |
| | | | =$ |
| Estimated Remaining Economic Life (if required): | N/A Years | INDICATED VALUE BY COST APPROACH | =$ |

| INCOME APPROACH TO VALUE (if developed) | ☒ The Income Approach was not developed for this appraisal. | |
|---|---|---|
| Estimated Monthly Market Rent $   N/A   X Gross Rent Multiplier   N/A   = $ | | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM): N/A

| PROJECT INFORMATION FOR PUDs (if applicable) | ☒ The Subject is part of a Planned Unit Development. |
|---|---|

Legal Name of Project:   Huntington

Describe common elements and recreational facilities:   Common areas; playground

Indicated Value by: Sales Comparison Approach $ 172,000    Cost Approach (if developed) $ N/A    Income Approach (if developed) $ N/A

Final Reconciliation   The income approach and cost approach were not developed.  All weight has been given to sales comparison approach.

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed,  ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $    172,000    , as of:    December 8, 2010    , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains _____ pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☐ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☒ Additional Sales | ☐ Cost Addendum | ☒ Flood Addendum | ☐ Manuf. House Addendum |
| ☐ Hypothetical Conditions | ☐ Extraordinary Assumptions | ☐ | ☐ | ☐ |

Client Contact:  Mark Grock                    Client Name:  Mark Grock

E-Mail: mad.realtyplus@gmail.com          Address: Unknown

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *(signature: Ben B)* | |
| Appraiser Name:  Ben Branca | Supervisory or Co-Appraiser Name: |
| Company:  Branca Appraisal | Company: |
| Phone:  (702) 303-8199    Fax: (702) 270-9959 | Phone:              Fax: |
| E-Mail: Ben@BrancaAppraisal.com | E-Mail: |
| Date of Report (Signature):  December 10, 2010 | Date of Report (Signature): |
| License or Certification #:  A.0005915-CR    State: NV | License or Certification #:              State: |
| Designation:  Certified | Designation: |
| Expiration Date of License or Certification:    4/30/2011 | Expiration Date of License or Certification: |
| Inspection of Subject:  ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject:  ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection:    December 8, 2010 | Date of Inspection: |

**GP RESIDENTIAL**    Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# ADDITIONAL COMPARABLE SALES

File No.: BA-02931

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address  541 Uxbridge Dr | | 686 Penshaw Bridge Av | | 622 Wealdston Ct | | | |
| Las Vegas, NV 89178-1288 | | Las Vegas, NV 89178 | | Las Vegas, NV 89178 | | | |
| Proximity to Subject | | 0.08 miles NW | | 0.10 miles SE | | | |
| Sale Price | $          N/A | | $     155,000 | | $     189,000 | | $ |
| Sale Price/GLA | $      N/A /sq.ft. | $      67.10 /sq.ft. | | $     75.84 /sq.ft. | | /sq.ft. | |
| Data Source(s) | N/A | Mls # 1044448  / DOM 11 | | Mls # 1087771  / DOM 2 | | | |
| Verification Source(s) | N/A | Doc#2010101902932  /Recorder | | Doc#2010082001645  /Recorder | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | Conventional | Short Sale | FHA | | | |
| Concessions | N/A | None Noted | | None Noted | | | |
| Date of Sale/Time | N/A | 10/19/10 | | 08/20/10 | | | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | | |
| Location | Average | Average | | Average | | | |
| Site | 0.12 acres +/- | 0.08 acres +/- | | +4,000 | 0.12 acres +/- | | |
| View | Residential/Mtn | Residential/Mtn | | Residential/Mtn | | | |
| Design (Style) | 2 Story Spanish | 2 Story Spanish | | 2 Story Spanish | | | |
| Quality of Construction | Stucco/Tile / Avg | Stucco/Tile / Avg | | Stucco/Tile / Avg | | | |
| Age | 5 years +/- | 4 years +/- | | 3 years +/- | | | |
| Condition | Average | Average | | Good | -10,000 | | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
| Room Count | 7 | 4 | 2.5 | 9 | 4 | 2.5 | | 8 | 4 | 3 | -2,000 | | | | |
| Gross Living Area | 2,524 sq.ft. | 2,310 sq.ft. | +5,350 | 2,492 sq.ft. | 0 | sq.ft. | |
| Basement & Finished | N/A | N/A | | N/A | | | |
| Rooms Below Grade | N/A | N/A | | N/A | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | Fwa C/Air | Fwa C/Air | | Fwa C/Air | | | |
| Energy Efficient Items | Dual Pane | Dual Pane | | Dual Pane | | | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | | |
| Porch/Patio/Deck | CvPrch/CnPatio | CvPch/CvPt/Bal | -3,000 | CvPch/CvPt/Bal | -3,000 | | |
| Pool / Spa | Spa | None | +5,000 | None | +5,000 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $     11,350 | ☐ + ☒ - | $     -10,000 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | | | | | | |
| of Comparables | | | $    166,350 | | $    179,000 | | $ |
| Summary of Sales Comparison Approach | N/A | | | | | | |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
3/2007

**GP RESIDENTIAL**

SALES COMPARISON APPROACH

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

**APPRAISER'S CERTIFICATION:** The appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**  541 Uxbridge Dr, Las Vegas, NV 89178-1288

| **APPRAISER:** | **SUPERVISORY APPRAISER (only if required):** |
|---|---|
| Signature: | Signature: |
| Name:  Ben Branca | Name: |
| Date Signed:  December 10, 2010 | Date Signed: |
| State Certification #:  A.0005915-CR | State Certification #: |
| or State License #: | or State License #: |
| State:  NV | State: |
| Expiration Date of Certification or License: 4/30/2011 | Expiration Date of Certification or License: |
| | ☐ Did    ☐ Did Not Inspect Property |

## Supplemental Addendum

File No. BA-02931

| Borrower/Client | Mark Grock | | | |
|---|---|---|---|---|
| Property Address | 541 Uxbridge Dr | | | |
| City | Las Vegas | County Clark | State NV | Zip Code 89178-1288 |
| Lender | Mark Grock | | | |

**Gramm-Leach-Bliley (GLB) Act:**

The Gramm-Leach-Bliley Act passed in 1999 and fully effective in July, 2001, fully addressed overall financial industry reforms as well as emerging consumer privacy and security issues. Officially called the "Financial Modernization Act of 1999", it affects the technology and information system policies used by anyone engaged in providing financial services either directly or indirectly to consumers.

Under GLB, both the security and the privacy of a consumer's non-public personal information (NPI) are protected. Charged with implementing the act, the Federal Trade Commission addressed the security and privacy components separately by issuing two distinct rules, the "Safeguards Rule", and the "Privacy Rule".

**Appraisers are subject to the rules. All appraisers are required to implement at least the following:**

1) Under the Safeguards Rule, secure the transmission, receipt and storage of data relating to any consumer's NPI at all times, via passwords, encryption, and physical protection, backed by a written information security plan.

2) Under the Privacy Rule, provide easily understood privacy statements to any consumers who engage the appraiser directly, disclosing the gathering, sharing and security of the NPI data, as well as the methods the consumer may use to opt-out of sharing of the data with third parties.

The appraisal report is delivered in a PDF format. This is a picture of the document and cannot be tampered with. The appraiser only delivers the digital report to the client and anyone to whom the client requests. A hard copy may be delivered upon request by the client. The appraiser does not and will not share any data within the report to any party, unless the appraiser is requested by the client to do so.

According to County records, the current owners of record are Grock, Mark Steven and Cendretta, Heidi Ann

The reader of the report should know and understand that the appraiser has relied on the electronic data base of the Greater Las Vegas Association of Realtors Multiple Listing Service and/or the private electronic database of the appraiser for one or more photographs of the comparable sales.

The appraiser has made no attempt to make discovery of neighborhood influences such as, but not limited to registered sex offenders, criminal activity (such as methamphetamine labs, etc.) or interim rehabilitation facilities/half-way houses and that the client may desire to check this information for themselves.

Should any errors or omissions be subsequently found within this report, we reserve the right to amend and/or change it.

End of Narrative

## Building Sketch

| Borrower/Client | Mark Grock | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 541 Uxbridge Dr | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89178-1288 |
| Lender | Mark Grock | | | | | |



**First Floor**
[1300 Sq ft]

30ft

Family

Kitchen

44ft          40ft

Dining          Living

Den

Entry

Laundry     Half Bath     5ft     4ft
25ft

21ft

20.5ft          20.5ft

**2 Car Attached**
[430.5 Sq ft]

21ft

Devinout by a la mode, inc.

### Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1300 Sq ft | 30 × 40 = 1200 | |
| | | 4 × 25 = 100 | |
| **Total Living Area (Rounded):** | **1300 Sq ft** | | |
| Non-living Area | | | |
| 2 Car Attached | 430.5 Sq ft | 21 × 20.5 = 430.5 | |

Form SKT.BldSkI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Building Sketch

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Mark Grock | | | | |
| Property Address | 541 Uxbridge Dr | | | | |
| City | Las Vegas | County | Clark | State NV | Zip Code 89178-1288 |
| Lender | Mark Grock | | | | |



**Second Floor**
[1224 Sq ft]

30ft

Master Bedroom    Master Bath

16ft

5ft    8ft

Staircase    Bedroom

13ft    40ft

Loft

24ft

Bedroom

Bedroom    Bath 1    5ft

25ft

Derived by a la mode, inc.

### Area Calculations Summary

| Living Area | | Calculation Details |
|---|---|---|
| Second Floor | 1224 Sq ft | 30 × 13 = 390 |
| | | 5 × 3   = 15 |
| | | 17 × 7  = 119 |
| | | 20 × 30 = 600 |
| | | 4 × 25  = 100 |
| **Total Living Area (Rounded):** | **1224 Sq ft** | |

## Comparable Sales Map

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | Mark Grock | | | | | |
| Property Address | 541 Uxbridge Dr | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89178-1288 |
| Lender | Mark Grock | | | | | |



## Plat Map

| Borrower/Client | Mark Grock | | | | |
|---|---|---|---|---|---|
| Property Address | 541 Uxbridge Dr | | | | |
| City | Las Vegas | County | Clark | State NV | Zip Code 89178-1288 |
| Lender | Mark Grock | | | | |



Main File No. 64-0293 Page #13

## Plat Map

| Borrower/Client | Mark Grock | | | | |
|---|---|---|---|---|---|
| Property Address | 541 Uxbridge Dr | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89178-1288 |
| Lender | Mark Grock | | | | |



## Subject Photo Page

| Borrower/Client | Mark Grock | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 541 Uxbridge Dr | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89178-1288 |
| Lender | Mark Grock | | | | | |



**Subject Front**

541 Uxbridge Dr
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 2,524 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | Average |
| View | Residential/Mtn |
| Site | 0.12 acres +/- |
| Quality | Stucco/Tile / Avg |
| Age | 5 years +/- |



**Subject Rear**



**Subject Street**

## Subject Photo Page

| Borrower/Client | Mark Grock | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 541 Uxbridge Dr | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89178-1288 |
| Lender | Mark Grock | | | | | |



**Front Side View**



**Front Side View**



**Family room**

Form GPICPIX — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Photograph Addendum

| Borrower/Client | Mark Grock | | | | |
|---|---|---|---|---|---|
| Property Address | 541 Uxbridge Dr | | | | |
| City | Las Vegas | County | Clark | State NV | Zip Code 89178-1288 |
| Lender | Mark Grock | | | | |



Bathroom



Kitchen



Dining Area

## Photograph Addendum

| Borrower/Client | Mark Grock | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 541 Uxbridge Dr | | | | | |
| City | Las Vegas | | County | Clark | State | NV | Zip Code | 89178-1288 |
| Lender | Mark Grock | | | | | |



Den



Garage



Bedroom

## Photograph Addendum

| Borrower/Client | Mark Grock | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 541 Uxbridge Dr | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89178-1288 |
| Lender | Mark Grock | | | | | |



Bathroom



Bathroom



Bedroom

### Photograph Addendum

| Borrower/Client | Mark Grock | | | | |
|---|---|---|---|---|---|
| Property Address | 541 Uxbridge Dr | | | | |
| City | Las Vegas | County Clark | | State NV | Zip Code 89178-1288 |
| Lender | Mark Grock | | | | |



Loft



Bedroom



Bathroom

## Photograph Addendum

| Borrower/Client | Mark Grock | | | |
|---|---|---|---|---|
| Property Address | 541 Uxbridge Dr | | | |
| City | Las Vegas | County  Clark | State  NV | Zip Code  89178-1288 |
| Lender | Mark Grock | | | |



Spa



Rear Side Yard



Rear Side View

Main Doc No. BA3429901 Page # 21

## Photograph Addendum

| Borrower/Client | Mark Grock | | | | |
|---|---|---|---|---|---|
| Property Address | 541 Uxbridge Dr | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89178-1288 |
| Lender | Mark Grock | | | | |



Spa Equipment

Form GPICPIX — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Comparable Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Mark Grock | | | |
| Property Address | 541 Uxbridge Dr | | | |
| City | Las Vegas | County  Clark | State  NV | Zip Code  89178-1288 |
| Lender | Mark Grock | | | |



### Comparable 1

616 Wealdston Ct

| | |
|---|---|
| Prox. to Subject | 0.10 miles SE |
| Sales Price | 175,000 |
| Gross Living Area | 2,492 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Average |
| View | Residential/Mtn |
| Site | 0.11 acres +/- |
| Quality | Stucco/Tile / Avg |
| Age | 3 years +/- |



### Comparable 2

624 Belsay Castle Ct

| | |
|---|---|
| Prox. to Subject | 0.07 miles E |
| Sales Price | 160,000 |
| Gross Living Area | 2,291 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Average |
| View | Residential/Mtn |
| Site | 0.08 acres +/- |
| Quality | Stucco/Tile / Avg |
| Age | 5 years +/- |



### Comparable 3

515 Redruth Dr

| | |
|---|---|
| Prox. to Subject | 0.06 miles NE |
| Sales Price | 180,000 |
| Gross Living Area | 2,532 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | Average |
| View | Residential/Mtn |
| Site | 0.12 acres +/- |
| Quality | Stucco/Tile / Avg |
| Age | 4 years +/- |

## Comparable Photo Page

| Borrower/Client | Mark Grock | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 541 Uxbridge Dr | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89178-1288 |
| Lender | Mark Grock | | | | | |



### Comparable 4

| | |
|---|---|
| 686 Penshaw Bridge Av | |
| Prox. to Subject | 0.08 miles NW |
| Sales Price | 155,000 |
| Gross Living Area | 2,310 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | Average |
| View | Residential/Mtn |
| Site | 0.08 acres +/- |
| Quality | Stucco/Tile / Avg |
| Age | 4 years +/- |



### Comparable 5

| | |
|---|---|
| 622 Wealdston Ct | |
| Prox. to Subject | 0.10 miles SE |
| Sales Price | 189,000 |
| Gross Living Area | 2,492 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Average |
| View | Residential/Mtn |
| Site | 0.12 acres +/- |
| Quality | Stucco/Tile / Avg |
| Age | 3 years +/- |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

# APPRAISER CERTIFICATE

## STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY

**NOT TRANSFERABLE**               **REAL ESTATE DIVISION**               **NOT TRANSFERABLE**

This is to Certify That : BEN B BRANCA                    Certificate Number: A.0005915-CR

Is duly authorized to act as a CERTIFIED RESIDENTIAL APPRAISER from the issue date to the expiration date at the business address stated here in, unless the certificate is sooner revoked, cancelled, withdrawn, or invalidated.

Issue Date: April 28, 2009                    Expire Date: April 30, 2011

In witness whereof, THE DEPARTMENT OF BUSINESS AND INDUSTRY, REAL ESTATE DIVISION, by virtue of the authority vested in it by Chapter 645C of the Nevada Revised Statues, has caused this Certificate to be issued with its Seal printed thereon. This certificate must be conspicuously displayed in place of business.

FOR: BRANCA APPRAISAL                    REAL ESTATE DIVISION
     8358 MARCASEL DR
     LAS VEGAS, NV 89123

                              GAIL J. ANDERSON
                                 *Administrator*

# INVOICE

**FROM:**

Branca Appraisal
505 East Windmill Suite 1B-116
Las Vegas, NV 89123

Telephone Number: 702-269-6444    Fax Number: 702-270-9959

| INVOICE NUMBER | |
|---|---|
| BA-02931 | |
| **DATE** | |
| 12/8/2010 | |

**TO:**

Mark Grock

Telephone Number:       Fax Number:
Alternate Number:        E-Mail:

| REFERENCE | |
|---|---|
| Internal Order #: | BA-02931 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | BA-02931 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

**Lender:** Mark Grock                    **Client:** Mark Grock
**Purchaser/Borrower:** Mark Grock
**Property Address:** 541 Uxbridge Dr
**City:** Las Vegas
**County:** Clark                    **State:** NV        **Zip:** 89178-1288
**Legal Description:** Lot 56 Huntington Village C Unit 1 at Rhodes Ranch Plat Book 118 Page 21

| FEES | AMOUNT |
|---|---|
| Personal Appraisal | 200.00 |
| **SUBTOTAL** | 200.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #: PAID   Date: 12/8/2010   Description: PAID | 200.00 |
| Check #:       Date:            Description: | |
| Check #:       Date:            Description: | |
| **SUBTOTAL** | 200.00 |
| **TOTAL DUE** | $          0 |